**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

December 29, 2020

**Notice of Clerk's Dismissal**

To: All Parties

Re: Abbott et al v. Mega Trucking, LLC et al
Civil Action No. 2:20-cv-00776-JTA

```
     Pursuant to the Notice of Dismissal filed on
December 17th, 2020, defendant Mul-Ty Vibes, Inc. is
   dismissed from this case without prejudice and
          without an order of the Court.
```