IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOURI EUGENE ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-776-WKW |
| | ) | |
| MEGA TRUCKING, LLC, | ) | |
| PATRICE LUMUMBA MORGAN, | ) | |
| and MUL-TY VIBES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

Instructions as to Claim One and Claim Two: If you find in favor of Plaintiff Touri Abbott on either Claim One or Claim Two, you must find in favor of Defendant Patrice Morgan on the other claim. Also, if you find in favor of Plaintiff Touri Abbott on either Claim One or Claim Two, answer Claim Three and Claim Four on page 2. However, if you find in favor of Defendant Patrice Morgan on Claim One and Claim Two, your deliberations are finished, and your foreperson should date and sign the verdict form for a Defendants' verdict.

**(1) Claim One (Negligence Against Patrice Morgan) (Check One.)**

On Plaintiff Touri Abbott's negligence claim against Patrice Morgan we, the jury, find in favor of:

    Plaintiff Touri Abbott     _____
    or
    Defendant Patrice Morgan     __X__

**(2) Claim Two (Wanton Conduct Against Patrice Morgan) (Check One.)**

On Plaintiff Touri Abbott's claim for wanton conduct against Patrice Morgan we, the jury, find in favor of:

    Plaintiff Touri Abbott     __X__
    or
    Defendant Patrice Morgan     _____

**Instructions as to Claim Three and Claim Four:** If you found in favor of Plaintiff Touri Abbott on either Claim One or Claim Two, complete Claim Three and Claim Four.

**(3) Claim Three (Negligent Hiring, Supervision, or Retention Against Mega Trucking, Inc.) (Check One.)**

On Plaintiff Touri Abbott's claim for negligent hiring, supervision, or retention against Mega Trucking, LLC, we, the jury, find in favor of:

Plaintiff Touri Abbott     ✗
or
Defendant Mega Trucking, LLC   _____

**(4) Claim Four (Negligent Hiring, Supervision, or Retention Against Mul-Ty Vibes, LLC) (Check One.)**

On Plaintiff Touri Abbott's claim for negligent hiring, supervision, or retention against Mul-Ty Vibes, Inc., we, the jury, find in favor of:

Plaintiff Touri Abbott     ✗
or
Defendant Mul-Ty Vibes, Inc.   _____

**(5) Damages**

(a) If you found in favor of Plaintiff Touri Abbott on any claim, we, the jury, assess compensatory damages in the amount of $ 1,335,000.00 .

(b) If you found in favor of Plaintiff Touri Abbott on Claim Two, we, the jury, assess punitive damages against Defendant Patrice Morgan in the amount of $ 125,000.00 .

So say we all this 31 day of March, 2023.

_____
FOREPERSON

2