IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOURI EUGENE ABBOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:20-CV-776-WKW |
| | ) |
| MEGA TRUCKING, LLC, | ) |
| PATRICE LUMUMBA MORGAN, | ) |
| and MUL-TY VIBES, INC., | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

It is ORDERED and ADJUDGED that judgment is entered as follows:

(1)  Judgment on the jury verdict is ENTERED in favor of Plaintiff Touri Eugene Abbott and against Defendants Mega Trucking, LLC, and Patrice Lumumba Morgan for compensatory damages in the amount of $1,335,000;

(2)  Judgment on the jury verdict is ENTERED in favor of Plaintiff Touri Eugene Abbott and against Defendant Patrice Lumumba Morgan for punitive damages in the amount of $125,000; and

(3)  Judgment as a matter of law is ENTERED in favor of Defendant Mul-Ty Vibes, Inc., and against Plaintiff Touri Eugene Abbott.

DONE this 14th day of April, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE